USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Norris,

        Plaintiff,

—v—

Reamir 57 Corp., *et al.*,

        Defendants.

21-cv-02427 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On April 20, 2021, Defendants were served. Dkt. No 8-9. Defendants' response to the Complaint was due May 11, 2021. *Id*. Defendants have not responded. If the Plaintiff intends to file a motion for default judgment, the Plaintiff shall do so by July 1, 2021. The Initial Pretrial Conference in this matter is adjourned *sine die*.

SO ORDERED.

Dated: June 3, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge