```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Norris

          Plaintiff,

          —v—

Reamir 57 Corp. et al.

          Defendants.

---

21-cv-2427 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 21, 2022, the Court granted Defendant 508 Columbus Properties LLC a 30-day extension to file an answer.  Dkt. No. 20.  As of this date, the Court is not in receipt of Defendant 508 Columbus Properties LLC's answer.  Defendant Reamir 57 Corp. has not yet appeared.

Within two weeks of this order, Plaintiff shall seek a certificate of default and move for default judgment against Defendants pursuant to this Court's Individual Practices in Civil Cases or file a status update with the Court explaining why a motion for default judgment against Defendants should not be filed at this time.  Plaintiff is on notice that failure to do so by this date may result in his claim being dismissed with prejudice for failure to prosecute.  *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").  By March 18, 2022, Plaintiff must serve this order on Defendants and file proof of service on ECF.

SO ORDERED.

Dated: March 11, 2022
     New York, New York

_____
ALISON J. NATHAN
United States District Judge

1