UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  04/12/2022

NAMEL NORRIS,

        Plaintiff,

        v.

REAMIR 57 CORP. d/b/a REAMIR
BARBER SHOP and 508 COLUMBUS
PROPERTIES LLC,

        Defendants.

No. 21-CV-2427 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

      This case has been reassigned to me for all purposes.  On March 11, 2022, Judge Nathan ordered Plaintiff to "seek a certificate of default and move for default judgment against Defendants . . . or file a status update with the Court explaining why a motion for default judgment against Defendants should not be filed at this time."  On March 15, 2022, Judge Nathan endorsed a joint stipulation of dismissal with prejudice, in which Plaintiff dismissed his claims against Defendant 508 Columbus Properties LLC.  The stipulation was, however, silent as to Defendant Reamir 57 Corp.  By April 19, 2022, Plaintiff shall either file a notice of dismissal of his claims against Reamir 57 Corp., move for default judgment against that Defendant, or file a letter explaining why default judgment against this Defendant is not warranted.

SO ORDERED.

Dated: April 12, 2022
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge