USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

        Plaintiff,

v.

REAMIR 57 CORP. d/b/a REAMIR BARBER SHOP and 508 COLUMBUS PROPERTIES LLC,

        Defendants.

---

No. 21-CV-2427 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 12, 2022, the Court ordered Plaintiff to take one of the following actions by April 19, 2022: file a notice of dismissal of his claims against Reamir 57 Corp.; move for default judgment against that Defendant; or file a letter explaining why default judgment against this Defendant is not warranted. Plaintiff has not submitted any responsive filing. He shall do so by May 2, 2022, or risk the dismissal of his claims against Reamir 57 Corp. for failure to prosecute under Federal Rule of Civil Procedure 41.

SO ORDERED.

Dated: April 25, 2022
New York, New York

                                                          _____
                                                          Hon. Ronnie Abrams
                                                          United States District Judge